**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5132.

United States Court of Appeals, Federal Circuit.

July 11, 2005.

Keith Russell Judd, pro se.

*ORDER*

Upon consideration of Keith Russell Judd's failure to pay the docketing fee required by Fed. Cir. R. 52 within the time permitted by the rules,

IT IS ORDERED THAT:

The appeal is dismissed.

**Barton S. MANN, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 05–3215.

United States Court of Appeals, Federal Circuit.

July 11, 2005.

Barton S. Mann, Jr., pro se.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.